

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EXLP LEASING LLC AND EES LEASING LLC, | § | |
| | § | |
| Appellants, | § | No. 08-13-00348-CV |
| | § | |
| v. | § | Appeal from the |
| | § | |
| LOVING COUNTY APPRAISAL DISTRICT, | § | 143rd Judicial District Court |
| | § | |
| Appellee. | § | of Loving County, Texas |
| | § | (TC#12-09-802) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment declaring that TEX.TAX CODE ANN. §§ 23.1241 and 23.1242 are unconstitutional as applied to Appellants' compressors. We therefore reverse that part of the judgment and render that these two statutes are not unconstitutional as applied in this case. In all other respects, the trial court's judgment is affirmed. We further order that Appellants and Appellee each pay one half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)